# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**713**
**CA 13-01498**
PRESENT: SCUDDER, P.J., SMITH, CARNI, LINDLEY, AND WHALEN, JJ.

---

JEFFREY'S AUTO BODY, INC.,
PLAINTIFF-RESPONDENT,

V                                                    MEMORANDUM AND ORDER

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

JAFFE & ASHER LLP, NEW YORK CITY (MARSHALL T. POTASHNER OF COUNSEL), FOR
DEFENDANT-APPELLANT.

BOUSQUET HOLSTEIN PLLC, SYRACUSE (CECELIA R.S. CANNON OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (James
P. Murphy, J.), entered June 10, 2013. The order denied the motion of
defendant to dismiss in part plaintiff's amended complaint.

It is hereby ORDERED that the order so appealed from is unanimously
affirmed without costs.

Same Memorandum as in *Nick's Garage, Inc. v Liberty Mut. Fire Ins.
Co.* ([appeal No. 1] ___ AD3d ___ [Aug. 8, 2014]).

Entered:  August 8, 2014                          Frances E. Cafarell
                                                  Clerk of the Court